**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number: 1:23-CR-00035-RC

PATRICK BOURNES
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

DYKE HUISH     BAR NO.: CA00107
(Attorney & Bar ID Number)

HUISH LAW FIRM
(Firm Name)

26161 MARGUERITE PKWY   SUITE B
(Street Address)

MISSION VIEJO     CA     92696
(City)   (State)   (Zip)

O: 949-837-8600
(Telephone Number)