UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 23-cr-35 (4) (RC) |
| | : | |
| PATRICK BOURNES, | : | |
| | : | |
| Defendant. | : | |

### SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **June 28, 2024 at 2:00pm** in **Courtroom 23A**;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **May 9, 2024**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **May 23, 2024**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **May 31, 2024** and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **June 7, 2024**, with all responses (if any) due by **June 13, 2024**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: February 14, 2024

RUDOLPH CONTRERAS
United States District Judge