Darrell Sales
3531 Earl Drive
Santa Clara 95051
Firstdue06@yahoo.com

March 23, 2024
The Honorable Rudolph Contreras
District Court Judge
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: US vs. Bournes

Dear Judge:

I have lived and worked in the city of Santa Clara and a retired firefighter from that same city. I have lived in our house for over 35 years and know many on our street. Patrick and I are neighbors and met about five years ago; he lives three doors down from me. We went to the same church at different times, where I left just prior to Pat starting there. At the time it was Community Church and now is Bethel of Santa Clara, due to a merger. My best friend, Dan, knew Patrick from Bethel Church and suggested he come to one of our Men's group meetings involving campfire night on a weekly basis. At these events we often discussed family values and the importance of being a good father and husband. We'd share testimonies of what God was doing in our lives and I got to know Patrick intimately as someone who is deeply caring about his parents and family.

We quickly became friends and began spending time together. We both had German Shepherds that like to play together. He'd bring his over and we'd talk when they had their dog play time. I got to learn a lot about Patrick during our conversations. I know that he's passionate and patriotic, and that he means well, despite what may have occurred to bring him before you today.

Pat and I have had heart-to-heart conversations about his current situation. He had the best of intentions going to Washington, I know he did. He definitely never envisioned things playing out the way they did. I first heard about his situation when I saw his picture in the paper and he was dubbed "the man in the tunnel." I couldn't believe it when I saw his picture. I asked Pat about it and he was very open about being in the wrong place at the wrong time and making a huge mistake in the moment.

Some good has come of all this, though. Patrick has learned a lot about himself and has seen the benefit of having this occur. It gave him the chance to spend time caring for his father before his death and to go visit and care for his mother on the east coast. He now has more appreciation for his mother, and family and neighbors. The event has been transformational.

Pat is very passionate about his freedom and country and his close personal relationships with the people around him. He has a good character and I'd hate to see this error in judgment scar him for life.

Sincerely,

Darrell Sales

**Eddie Sirhan**
**36133 Silverado Place**
**Newark, CA 94560**

March 22, 2024

The Honorable Rudolph Contreras
District Court Judge
 for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: US v. Bournes

Your Honor:

I have known Patrick for about 25 years. I had an auto repair shop in San Mateo at the time, and we both belonged to the same Masonic Lodge. We quickly became best friends, since we're both very mechanically inclined and innovative. We love to think of new ideas, tinker around with them, and create different products. For example, we worked on a few kinds of toys together, trying to get them to market (although we never succeeded).

I work at the Stanford Research Institute nowadays and I owe my career to Pat. He found work for me there as a consultant when he was working in the CIA. We made a number of special classified things. Pat was well aware of my talents and, as it turns out, they needed someone with my unique qualifications. The stuff we worked on was top secret, so I can't discuss it in detail, but much of it went to the security of our nation. I am so grateful to Patrick because getting paid to invent things had always been a dream of mine.

We are very close, he's like a brother to me, and my kids all call him Uncle Pat. He's done so much for them from helping with homework to advising them on life and the importance of education and our families regularly barbecue together. Patrick is also the most dedicated family man I ever met. There's nothing he wouldn't do for his wife and son.

The work Patrick was involved with kept him away from his family for many years. It broke his heart to be away from this family so much, even though he felt a special calling to do something to help his country. While he was home every free moment, the traveling got to be too much. He needed to get back home to be closer to his son.

Patrick acts slowly, methodically, and mindfully in all his actions and I have never seen him raise his voice. That's why this entire episode is so shocking. I have seen him be stoic, remaining cool, calm, and collected, when I know I would have lost my temper. He's a real level headed guy. These charges do not reflect the person I have known for so long.

I recently had lunch with Patrick, where we discussed how sorry he feels about all this. From breaking the law to hurting his family, he wishes he had never gone to Washington on January 6th. It crushes him to his core knowing that this will be part of his legacy.

Patrick has done so much for America and our security that can't be discussed and in ways people would never understand. Moreover, I have specifically watched him be extremely mindful of budgets, not spending anything unnecessary, saying, "It's the taxpayer's money." That's the person he is.

I hope that Your Honor can see the man that I know and consider his goodness when passing judgment.

Sincerely,

Eddie Sirhan

Dr. Doyle Bennett
3492 Tulane Ct.
Santa Clara, CA 95051
Dbennett999@comcast.net

March 19, 2024

The Honorable Rudolph Contreras
District Court Judge
 for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re: US versus Bournes

Dear Judge Contreras:

I first met Patrick about ten years ago, when his son, Adam, joined our Boy Scout Troop. Adam must have been about ten or eleven at the time, and I succinctly remember how happy he was that his father always joined him at our events and outings. Adam was a really great kid and an awesome reflection on the type of parent Patrick is.

Patrick lived near the church where we held our meetings, and I would see him almost weekly. We got a chance to get to know each other and become friends over the years, helping nurture and mentor the boys from our troop. I served as the Assistant Scout Master, and while Patrick never held any title, he was always actively engaged with all the boys, not just his son. In fact, he served on the parent committee and participated in special meetings and interviews preparing the boys to become Eagle Scout, when I became the Eagle Advisor.

Patrick was clearly very devoted to his family. They always came first in his conversation. I know he sacrificed a lot for our country through his service in the CIA, and that was the only thing that ever kept him from being there for his loved ones.

I recently had lunch with Patrick, where expressed his sincere remorse. Breaking the law is so out of character for Patrick and his personality. It crushes him to his core knowing that this will be part of his legacy. I can sincerely confirm how truly sorry he is. I hope that Your Honor can see the man that I know and consider his goodness when passing judgment.

Respectfully,

Doyle Bennett

Robert Tillman<br>
14 Sunshine Avenue<br>
Sausalito, CA 94965

March 23, 2024

The Honorable Rudolph Contreras
District Court Judge for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

<b><u>Re: United States vs. Bournes</u></b>

Dear Judge Contreras:

I have known Patrick since the mid-1990s. He was the senior mechanical engineer in a medical device company that I co-founded and in which I served as CEO. He was an exemplary employee and a friend. He did incredible work before electing a career change to the CIA.

I met Patrick again in 2008. He worked as a technology scout for the CIA, leveraging his impressive background, and introduced me to people working on lasers at Lawrence Livermore Laboratory. I spun out a company focused on optical laser communication for the space program and got it financed by Lockheed. We sold the company in 2014 to Google. It was one of several technology companies I founded and sold.

I am a Harvard graduate, worked at Morgan Stanley and earned my MBA at Stanford. I have had the privilege of meeting and knowing many extremely talented people throughout my life, but few were as talented and as honorable at Patrick. I remember one instance when we were working on an optical project for measuring glucose non-invasively that simply was not working out as we had hoped. We had run out of money, and our venture capital investors wanted to continue funding the development. I went to my team, including Patrick, asking what we should do.

We all voted, to a person, not to take the additional funding, because we did not wish to waste our investors' money on something that we could not achieve. That decision cost everyone in the company, including Patrick, their jobs. Our venture capital investors were so impressed that they gave everyone ninety days severance, after the decision had been made to shut down the company. None of the employees were obligated to work during that time but most did, including Patrick, trying to discover alternative uses for the technology that could make the investors whole.

Patrick was great at working with others and was a to-notch engineer. Most importantly he held himself to the highest standard of ethics in everything he did.

Patrick feels awful about being involved in the events of January 6th. He has a heart of gold and would never intentionally do anything to harm our country. I still cannot believe that he was caught up in this whole mess. I never expected this result, nor can I imagine it ever happening again. It was for Patrick a supreme teaching moment.

I implore you in sentencing Patrick to remember this quote from Shakespeare's The Merchant of Venice:

The quality of mercy is not strained;
It droppeth as the gentle rain from heaven
Upon the place beneath. It is twice blest;
It blesseth him that gives and him that takes

Sincerely,

Robert Tillman

Li Bing
11035 Eastbrook Avenue
Las Altos, CA 94024

March 27, 2024

The Honorable Rudolph Contreras
District Court Judge
333 Constitution Avenue N.W.
Washington, D.C. 20001

Honorable Judge Contreras:

I know Patrick because we were co-workers at Johnson and Johnson. We began working together around 2018 in the Research and Development for laser-based eye surgery equipment development. He would later become my supervisor.

Patrick is one of those special people who goes out of his way to help others. He lived by the paradigm of "there's never a stupid question" and he ran the team with a sense of inclusiveness. He didn't just mentor fellow employees, he relished the role of assisting others. He is so bright, yet he doesn't act arrogantly or talk down to anyone. He takes his time to make sure people understand their assignments and delights in a group job well done. Even after he left Johnson & Johnson, he voluntarily came back to help issues that arose without getting paid for his time. He took great pride in his work. He was a boss that was well respected and cared for, always smiling and with a great demeanor.

Patrick has a good heart, loves people and loves this great country. It's hard for me to believe I am writing about the Patrick I know, understanding that he has pled guilty to a crime. I know him to be a person of the highest ethical caliber. He loves and adores his wife and son and talks about how lucky he is to have his family. We enjoyed many lunches and dinners together as co-workers and they were all he could ever talk about. He's a very family-oriented man.

Patrick is very sorry. He rarely shows any emotion other than happiness and he has tried to do so even during this struggle, but I have seen him with a heavy heart, feeling he has shamed his family and the country. He is generally a very private person, focused on family and work. I know it kills him being cast in the spotlight like this.

I hope you can see fit to let him return to his family as quickly as possible.

Yours truly,

*[signature]*

Li Bing



March 20, 2024

The Honorable Rudolph Contreras
District Court Judge
333 Constitution Avenue N.W.
Washington D.C. 20001

Your Honor:

I met Patrick over eighteen years ago when he enrolled his son, Adam, in our Christian pre-school. He was enrolled in our school from 2 years old to 5th grade, about eight years, and I could always count on seeing his parents available at all our major events. Patrick and his wife were inseparable in their support of their son Adam. Patrick was also available to help as much as possible when he was not traveling.

About six years ago, the family became regular attenders at our church. They have supported the church and attended services as often as possible, except when we were closed during the pandemic. They can always be counted on to share their lives with others and care for other church members.

Patrick has reached out for spiritual advice and guidance over the years, and we have prayed together over many things, most recently about this legal issue. This has challenged him both spiritually and emotionally because of his desire to be a man of integrity. He has great respect for our country and for authority, and has been broken hearted to find himself in this situation. He is absolutely the last person I would imagine to be in this scenario.

Patrick is a wonderful husband, father, citizen, and spiritual community member. He is a man of solid moral character, conduct and a person who has dedicated his life to our country.

As a pastor, I am a big believer in second chances. Since this is Patrick's first offense, I hope you are able to act with mercy and leniency. I believe he deserves that second chance. Thank you for your time and consideration.

Sincerely,

*Stuart Nice*

Pastor Stuart Nice
Valley Life Church
408-246-4881

Valley Life Foursquare Church • 3421 Monroe Street • Santa Clara, CA 95051 • T 408-246-4881 • www.valleylife.org