

June 06, 2024

To Whom It May Concern,

I am writing to share information about Patrick Bournes' volunteerism with ACP (American Corporate Partners) and the value he has brought to ACP's Protégés as a Mentor with our organization.

ACP is a free Mentoring Program that connects post-9/11 veterans, current service members and active duty military spouses (Protégés) with a corporate Mentor for a year of 1:1 mentorship. Our program works to help our participants achieve their professional development goals, which may include working on a resume, understanding how to build a professional network, exploring potential industries of interest and much more.

As a Mentor with ACP's program, Patrick has volunteered a minimum of one hour each month to support the goals of multiple service members in our program. Patrick joined our program as a volunteer in early 2022. He has been an exceptional Mentor and often dedicated extra time to working with his Proteges to ensure that they meet their goals.

If you have any questions, please feel free to contact Patrick's direct POC with ACP – Yaroslav Opalynskyi, at yopalynskyi@acp-usa.org.


Kind Regards,

Yaroslav Opalynskyi
Operations Associate, ACP
yopalynskyi@acp-usa.org
929-612-3743